**In re: Lonnie Edgar PEELER, Petitioner.**

**No. 07–6461.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 10, 2007.

Decided: May 15, 2007.

Lonnie Edgar Peeler, Petitioner Pro Se.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lonnie Edgar Peeler petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion to vacate filed pursuant to 28 U.S.C. § 2255 (2000). He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court denied his motion to vacate in an order entered on April 12, 2007. Accordingly, because the district court has recently decided Peeler's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*PETITION DENIED.*